HALUNEN LAW
Paul M. Schinner
Minnesota Bar No. 0505108
Susan Coler
Minnesota Bar No. 0217621
80 South 8th Street, Suite 1650
Minneapolis, MN 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
schinner@halunenlaw.com

*Attorneys for Relator Craig Thomas*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America *ex. rel.* Craig Thomas,<br><br>　　　　　　Plaintiff/Relator,<br><br>vs.<br><br>Mercy Care, and Touchstone Behavioral Health dba Touchstone Health Services,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-00512-PHX-JAT<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE**<br><br>(Assigned to Hon. James A. Teilborg) |
|---|---|

　　　The parties, by and through undersigned counsel, hereby provide Notice to the Court that the parties have reached a settlement agreement that resolves the above-caption matter. Accordingly, the parties respectfully request that the Court vacate the Pre-Trial Conference currently scheduled for June 25, 2025. The parties are actively working to finalize a written settlement agreement as soon as possible.  This agreement is subject to final settlement authorization and approval by the U.S. Attorney for the District of Arizona.  Upon execution of the agreement and satisfaction of its terms, the parties anticipate filing a Joint Stipulation of Dismissal under Fed. R. Civ. R. 41(a)(1) pursuant to said agreement.
　　.

Dated this 24th day of June, 2025.

HALUNEN LAW
By: /s/ Paul Schinner
Paul Schinner

*Attorneys for Relator Craig Thomas*

GORDON REES SCULLY
MANSUKHANI, LLP
By: /s/ Jill J. Ormond
Jill J. Ormond
Shawn Alves

*Attorneys for Defendant Touchstone*

TIMOTHY COURCHRAINE
United States Attorney
District of Arizona
By: /s/ Anne E. Nelson
Anne Nelson
Assistant United States Attorney

*Attorneys for United States*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

By: /s/ Paul Schinner