Susan M. Coler
HALUNEN LAW
Minnesota Bar No. 0217621
Paul M. Schinner
Minnesota Bar No. 0505108
Pamela A. Johnson
Minnesota Bar No. 263667
80 South 8th Street, Suite 1650
Minneapolis, MN 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
coler@halunenlaw.com

*Attorneys for Relator Craig Thomas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Craig Thomas,<br><br>Plaintiff/Relator,<br><br>v.<br><br>Mercy Care, and Touchstone Behavioral Health d/b/a Touchstone Health Services,<br><br>Defendants. | Case No.: 2:22-cv-00512-PHX-JAT<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)** |

## NOTICE OF JOINT DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States and Relator, through their undersigned counsel, hereby stipulate to the dismissal of this action, subject to the terms of the August 14, 2025 Settlement Agreement (the "Settlement Agreement"). More specifically, the dismissal is as follows:

1. The dismissal shall be with prejudice as to the United States and Relator for the Covered Conduct, as defined in the Settlement Agreement.

2. The dismissal shall be with prejudice to the Relator as to all other claims that were made or could have been made in this action.

3. The dismissal shall be without prejudice to the United States any other claims.

4. The United States, Relator, and Touchstone Health Services agree that, except as specifically set forth in the Settlement Agreement, each party will bear its own legal and other costs incurred in connection with this matter.

5. The United States and the Relator have also reached agreement as to the Relator's share of the settlement proceeds pursuant to 31 U.S.C. § 3730(d)(1), as set forth in the Settlement Agreement.

The parties respectfully request that the Court retain jurisdiction over the parties to the extent necessary to enforce the terms and conditions of the Settlement Agreement and respectfully request that the Court enter the attached Order.

Dated: September 18, 2025        HALUNEN LAW

  *s/ Paul M. Schinner*
*Attorney for Relator Craig Thomas*

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Jill Ormond
Jill Ormond
Shawn Alves
*Attorneys for Defendant Touchstone*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Jennifer Levinson*
JENNIFER LEVINSON
Assistant United States Attorney
*Attorney for the United States of America*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2025, I caused a true and complete copy of the foregoing was filed electronically transmitted to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

                                      By: */s/ Paul M. Schinner*