# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Thomas,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mercy Care, et al.,<br><br>　　　　　Defendants. | NO. CV-22-00512-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders filed November 9, 2023 and September 24, 2025 and the parties settlement agreement, judgment of dismissal is entered in favor of Defendant, Mercy Care. The claims and allegations in this action that are included within the scope of the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice. Any other claims against Touchstone are dismissed without prejudice as to the United States and the case is terminated.

September 24, 2025

Debra D. Lucas
District Court Executive/Clerk of Court

By  s/ D. Draper
Deputy Clerk